# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

ROSAURA GENCHI GARCIA,[1]

    Petitioner,

vs.

CHAD SHEEHAN, et al.[2]

    Respondents.

No. C25-4073-LTS-KEM

**ORDER**

    Petitioner Rosaura Genchi Garcia is a Mexican national who entered the United States around 2004 without inspection. She is currently detained and facing removal proceedings. An Immigration Judge determined that he lacked jurisdiction to consider bond and that Genchi Garcia is subject to mandatory detention under 8 U.S.C. § 1225(b)(2). Genchi Garcia then petitioned for a writ of habeas corpus under 28 U.S.C. § 2241, contending that she falls within a class of aliens eligible for bond under 8 U.S.C. § 1226(a). Respondents have filed a response (Doc. 15) and Genchi Garcia has filed a reply (Doc. 22).

    I have already ruled that petitioners in similar situations do not fit the criteria of § 1225(b)(2). *Giron Reyes v. Lyons*, ___ F. Supp. 3d ___, 2025 WL 2712427 (N.D. Iowa Sept. 23, 2025); *Chilel Chilel v. Sheehan*, No. 25-cv-4053, 2025 WL 3158617 (N.D. Iowa Nov. 12, 2025). I adopt the same reasoning here to find that Genchi Garcia

---

[1] Respondents use a different name for petitioner – Genchi Garcia Rosaura. I have used the name as it appears in petitioner's filings.

[2] On December 10, 2025, this case was transferred to this court from the District of Nebraska because petitioner had been relocated to the Woodbury County Jail in Sioux City, Iowa. As such, I have substituted respondent Chad Sheehan, Woodbury County Sheriff, for the Sarpy County, Nebraska respondents.

is not subject to mandatory detention under § 1225(b)(2), and that a new bond redetermination hearing is necessary.

Thus, Rosaura Genchi Garcia's habeas petition is **granted** and respondents are **directed** to provide Genchi Garcia with a bond redetermination hearing within **14 days** of the date of this order in which she is not deemed ineligible for bond under 8 U.S.C. § 1225(b)(2).

**IT IS SO ORDERED** this 16th day of December, 2025.

_____
Leonard T. Strand
United States District Judge